# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 17, 2006

Clifford W. Taylor,
Chief Justice

127580(105)(108)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

CITY OF TAYLOR,
          Plaintiff-Appellee,

v

THE DETROIT EDISON COMPANY,
          Defendant-Appellant.

_____

SC    127580
CoA   250648
Wayne CC 02-221723-CZ

        On order of the Chief Justice, motions by defendant-appellant for leave to file a supplemental brief and by the Michigan Municipal League and the Michigan Townships Association for leave to file a brief *amicus curiae* are considered and they are GRANTED.



     I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 17, 2006

_____
Clerk